The People of the State of Illinois, Plaintiff-Appellee, v. Gary Kuykendall and Kenneth Bell, Defendants-Appellants.

Gen. No. 68–98. (Abstract of Decision.)

Fifth District.

February 10, 1970.

Rehearing denied and supplemental opinion March 31, 1970.

Ivan A. Elliott, Jr., and W. R. Endicott, of Carmi, for appellants; Alton A. Greer, State's Attorney, of Shawneetown, for appellee. Opinion by JUSTICE CLARK. Not to be published in full.